UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SHEILA ROBINSON,<br><br>   Plaintiff,<br><br>v.<br><br>GC SERVICES, LP,<br><br>   Defendant. | §<br>§<br>§<br>§   Civil Action No. 4:14-cv-581<br>§<br>§<br>§<br>§<br>§<br>§ |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and Rules of this Court, Plaintiff, SHEILA ROBINSON, and Defendant, GC SERVICES, LP, stipulate, and the Court hereby orders, as follows:

1.   SHEILA ROBINSON is the only plaintiff; GC SERVICES, LP is the only named defendant in this matter.

2.   Plaintiff, SHEILA ROBINSON, no longer wishes to pursue any of her claims and no longer wishes to pursue this lawsuit; therefore, Plaintiff, SHEILA ROBINSON, hereby withdraws all pending motions for relief, if any, and requests the Court to moves to dismiss, with prejudice, all of her claims against all parties. Defendant, GC Services, LP, who was served and made an appearance in this lawsuit, agrees to a dismissal with prejudice of all of Plaintiff's claims against all parties.

3.   This case is not a class action, and a receiver has not been appointed.

4.   This action is not governed by any statue of the United States that requires an order of the court for dismissal of this case.

Stipulation of Dismissal With Prejudice                                                                                              1

5.     Plaintiff, SHEILA ROBINSON, has not dismissed an action based on or including the same claim or claims as those presented in this suit.

6.     Plaintiff, SHEILA ROBINSON, and Defendant, GC SERVICES, LP, respectfully request the Court to dismiss, with prejudice, this lawsuit, all parties, and all claims asserted against all parties in the above-captioned proceeding, pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

7.     Both sides to bear their own fees and costs.

Date: 17th October 2014

Respectfully Submitted By,

KROHN & MOSS, LTD.

By: /s/ Ryan Lee
Ryan Lee
CA State Bar No. 235879
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 405
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-829-5083
rlee@consumerlawcenter.com
COUNSEL FOR PLAINTIFF
SHEILA ROBINSON

SPROTT NEWSOM LUNCEFORD
QUATTLEBAUM & MESSENGER, PC

By: /s/ Kandy E. Messenger
KANDY E. MESSENGER
State Bar No. 24053360
Fed. ID. 638777
2211 Norfolk Suite 1150
Houston, Texas 77098
Tel: (713) 523-8338
Fax: (713) 523-9422
messenger@sprottrigby.com
ATTORNEY FOR DEFENDANT
GC SERVICES LIMITED PARTNERSHIP