UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHEILA ROBINSON, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-14-581 |
| | § | |
| GC SERVICES, LP, | § | |
| | § | |
| *Defendant*. | § | |

### ORDER

The joint stipulation of dismissal with prejudice (Dkt. 10) is GRANTED. It is therefore ORDERED that this cause of action is DISMISSED with prejudice. Each party shall bear their own fees and costs.

Signed at Houston, Texas on October 31, 2014.

_____
Gray H. Miller
United States District Judge